IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK HILL,

    Petitioner,                    No. CIV S-10-2632 GGH P

  vs.

GARY SWARTHOUT,

    Respondent.               ORDER

_____/

        Pursuant to the Order, filed on October 8, 2010, petitioner, by filing dated November 2, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: November 16, 2010              /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
hill2632.ifpg