IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK HILL,

    Petitioner,        No. CIV S-10-2632 GGH P

  vs.

GARY SWARTHOUT,

    Respondent.      ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 7, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's December 7, 2010, motion to dismiss should not be granted.

DATED: February 16, 2011

                                 /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

GGH:035
hill2632.46

1